IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) CRIMINAL NO. 19-30100-SMY |
| vs. | ) ) Title 26, United States Code, |
| DONALD K. NOVY, | ) Section 5861(d) |
| Defendant. | ) ) Title 18, United States Code, ) Sections 922(g)(3) and 924(d) ) ) Title 28, United States Code, ) Section 2461(c) |

FILED
JUL 1 0 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

SUPPRESSED

**THE GRAND JURY CHARGES:**

### COUNT 1

**Unlawful Receipt and Possession of an Unregistered Destructive Device**

On or about November 16, 2018, in Monroe County, within the Southern District of Illinois,

**DONALD K. NOVY,**

defendant herein, did knowingly receive and possess a destructive device in the form of an explosive, to wit: a pipe bomb and its components, not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

### COUNT 2

**Unlawful User of a Controlled Substance in Possession of a Firearm**

On or about November 16, 2018, in Monroe County, within the Southern District of Illinois,

**DONALD K. NOVY,**

defendant herein, knowing that he was an unlawful user of a controlled substance, did knowingly possess in or affecting commerce, the following firearm: a Taurus semi-automatic pistol, model PT92AF, 9mm, bearing serial number TUE51472, in violation of Title 18, United States Code, Section 922(g)(3).

## FIREARMS FORFEITURE ALLEGATION

1. The allegations contained above are hereby realleged and incorporated by reference herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 2 above, in violation of Title 18, United States Code, Section 922(g)(3), the defendant,

**DONALD K. NOVY,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including, but not limited to:

a Taurus semi-automatic pistol, model PT92AF, 9mm, bearing serial number TUE51472; and all ammunition possessed therewith; all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## A TRUE BILL

*[signature]*

KIT R. MORRISSEY
Assistant United States Attorney

*[signature]*

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000 unsecured